# Appendix B

**APPENDIX B – U.S. Patent No. 8,549,035 ("'035")**

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| **[1.pre] A method of retrieving operational data, the method comprising:** | **To the extent the preamble is found to be limiting, AlphaX performs a method of retrieving operational data.**<br><br>For example, AlphaX performs a method of retrieving operational data, such as active orders, trade information, and other market data.<br><br><br><br>https://www.tmxalphaus.com/ ("TMX AlphaX US Homepage") |

1

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | |

https://www.tmxalphaus.com/faq/  ("TMX AlphaX US FAQ")

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| |  TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | <br>TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | Confidential Trading information<br><br>"Confidential Trading Information" means (1) any real-time information regarding a Participant's orders, executions, and/or routing preferences; and (2) a Participant's post-trade order and execution metrics or statistics, and/or routing preferences.<br><br>Confidential Trading Information may be available in real-time (via the AlphaX US system directly) or post-trade (via other systems/tools or stored data) or both.<br><br>Pursuant to Affiliate Intercompany Services Agreements, Shared Employees are authorized to access real-time and post-trade Confidential Trading Information when it is necessary to support AlphaX US, including in the following instances:<br><br>1) Market operations;<br>2) Platform metrics and analytics;<br>3) Business and technological development and support;<br>4) System testing; and<br>5) Regulatory reviews, testing, investigations, surveillances, and reporting.<br><br>https://www.sec.gov/Archives/edgar/data/2000464/000200046425000003/xslATS-N_X01/primary_doc.xml<br>("AlphaX Form ATS-N/UA filed Jan. 15, 2025"), Item 7 |
| **[1.a] at a front-end unit, generating a query for retrieving requested operational data, including real-time operational data;** | **AlphaX, at a front-end unit, generates a query for retrieving requested operational data, including real-time operational data.**<br><br>For example, AlphaX, at a front-end unit, generates a query for retrieving requested operational data, such as generating a query to retrieve a set of active orders or other market data in response to a user action. The operational data includes real-time operational data, such as active orders by potential counterparties, and other market data. |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | <br>TMX AlphaX US Homepage |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | <br>TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | <br>TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | **AlphaX Hub** <br><br> TSX Alpha U.S., Inc. offers an optional interface through the internet called AlphaX Hub to its Participants. In this regard, AlphaX US considers the term "Participant" to be synonymous with "Subscriber". Participants, through their authorized users, may use AlphaX Hub to request Participant Parameters ("PP") (i.e., counterparty selection and minimum execution quantity, as described in Part II, Item 7.a). Within the AlphaX Hub, Participants can also choose the length of time they want PP to apply to their orders. Although authorized users of a Participant may use the AlphaX Hub to modify and/or request PP during the trading day, requested modifications will not take effect until at least the next trading day. Authorized users of the Participant will choose a date for PP updates to be implemented any time on or after the next trading day. <br><br> If a Participant chooses to use the AlphaX Hub, each authorized user of the Participant will receive password-protected access giving the authorized user access to the Participant's information. Once PP are selected, the PP are identified through a tag sent via Financial Information eXchange ("FIX") 4.2 or Binary ("BIN") protocol. <br><br> There is no fee associated with utilizing the AlphaX Hub, and there is no trading data or other information sent from the AlphaX Hub to a Participant's authorized users. The authorized users of a Participant will receive an email confirmation from AlphaX US when a request has been received via the AlphaX Hub. <br><br> AlphaX Hub contains no Confidential Trading Information, but is nevertheless supported by the Intercompany Services Agreement TSX Alpha U.S., Inc. has in place with TSX Inc. and a Software License Agreement with Montreal Exchange, Inc., both of which contain confidentiality provisions as described in Part II, Item 6. All Shared Employees (as defined in Part II, Item 6.a) with access to information in, or transmitted through, the AlphaX Hub are bound to the confidentiality provisions set out below in Part II, Item 7, a. <br><br> If a Participant would like to set up PP, but does not wish to access AlphaX Hub, AlphaX US can set and/or modify PP at the request of an authorized user of the Participant. The authorized users of a Participant will receive an email confirmation when a direct request has been received by the AlphaX US team. AlphaX US will never set PP on behalf of a Participant unless an authorized user of the Participant has requested the PP through the AlphaX US Hub, or directly through the AlphaX US team. <br><br> AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 5 <br><br> **Confidential Trading information** <br><br> "Confidential Trading Information" means (1) any real-time information regarding a Participant's orders, executions, and/or routing preferences; and (2) a Participant's post-trade order and execution metrics or statistics, and/or routing preferences. <br><br> Confidential Trading Information may be available in real-time (via the AlphaX US system directly) or post-trade (via other systems/tools or stored data) or both. <br><br> Pursuant to Affiliate Intercompany Services Agreements, Shared Employees are authorized to access real-time and post-trade Confidential Trading Information when it is necessary to support AlphaX US, including in the following instances: <br><br> 1) Market operations; <br> 2) Platform metrics and analytics; <br> 3) Business and technological development and support; <br> 4) System testing; and <br> 5) Regulatory reviews, testing, investigations, surveillances, and reporting. <br><br> AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 7 |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | **Periodic Auctions**<br><br>Upon receipt, a firm order is placed in AlphaX US's order book and will be included in all Match Events for the life of the order, as long as the order is marketable at the time of the Match Event. The Match Events (i.e., auctions) in each security are automatic, and occur at scheduled times as determined by AlphaX US's matching algorithm throughout the day and are calibrated separately by each Match Event.<br>Each Match Event acts independently of each other. The description below sets out how AlphaX US determines the time between Match Events, and how AlphaX US calibrates this time for each Match Event.<br><br>Match Event Intervals and Match Event Process: AlphaX US randomizes the time between Match Events within a time range of a base of 10 milliseconds and a randomized increment up to 10% on either side ("Match Event Intervals"). There is no human intervention or discretion involved in the timing of these Match Event Intervals. Match Event Intervals are calibrated on a security-by-security basis. Each security enters its first Match Event upon the primary market opening and a quote and LULD bands being available in the security. The Match Event Interval (i.e., the duration of time until the next Match Event) is randomized to avoid a pattern that other Participants could detect. Once a Match Event concludes, the new Match Event Interval commences immediately.<br><br>There is no defined time for a Match Event; however, a Match Event will not exceed five microseconds. At the start of a Match Event, all marketable orders in the order book for a given security will be ranked, based on price/time priority. Once a Match Event begins, any new orders will be queued and will not be eligible to trade until the next Match Event. Prices are locked for the order book at the start of the Match Event. The matching engine identifies any imbalance in marketable order quantity on the order book at that time. Whichever side holds the lesser of an imbalance (i.e., the lower number of marketable shares on the order book) determines the matching order. If there is no imbalance (i.e., there is an equal number of marketable shares on both sides of the order book), AlphaX US will begin the matching process using the side of the order book that has time priority (i.e., whichever side of the order book that has the marketable order with the lowest order sequence number). Price, capped by NBBO to the second decimal point (with the exception of sub-dollar priced stocks, which are capped to the fourth decimal point), is the leading factor in priority of orders matched; however, this is constrained by any PP on the order that may limit availability on the other side.<br><br>As an example, if the match begins on the buy side and the order with the most aggressive price is identified, AlphaX US will move to the sell side. If the most aggressive price on the sell side is an order for 300 shares and the buy side order AlphaX US is matching has a minimum execution quantity of 500 shares, AlphaX US cannot match these orders, and will move to the next most aggressively priced order on the sell side. In the event of two orders with the same price and no eliminating factors due to PP, the time of order receipt, as denoted by the sequence number assigned to the order, is the tie breaker, and becomes the deciding factor. There may be multiple matches at the end of a Match Event, as the matching engine logic matches as many shares as possible, given price levels and PP. At the conclusion of a Match Event, all AOC orders that were not fully filled are canceled, and all Day orders (including conditional orders) that were not fully filled remain live in the AlphaX US order book for the next Match Event. |
| | AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 11 |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | Trade Examples<br><br>1. Example of pricing methodology:<br>a. NBBO of ZVZZT is 153.74 at 153.85<br>b. Buy order in the order book at time of Match Event:<br>i. 100 Shares of ZVZZT at 153.79<br>c. Sell order in the order book at time of Match Event:<br>i. 100 Shares of ZVZZT at 153.77<br>d. The execution occurs at the midpoint of the buyer and seller limit prices, and 100 shares prints at 153.78.<br><br>2. Example 2 of pricing methodology:<br>a. NBBO of ZVZZT is 153.74 at 153.85<br>b. Buy order in the order book at time of Match Event:<br>i. 100 Shares of ZVZZT at 153.79<br>c. Sell order in the order book at time of Match Event:<br>i. 100 shares of ZVZZT at 153.70<br>d. Since the limit price of the sell order is outside the NBBO, we cap the limit of the sell order at the NBB of 153.74, and the Book Price for the sell order in the Match Event is 153.74<br>e. The execution occurs at the midpoint of the buyer and seller Book Prices, and 100 shares prints at 153.765.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 11<br><br>As noted in Part III, Item 11.b, AlphaX US provides an STP setting to its Participants. This setting is not enabled by default, but can be enabled upon request. The STP setting prevents the self-trading of orders from the same Participant.<br><br>Apart from the STP setting, Participants can implement two other forms of counterparty selection on an order-by-order basis. The first form of counterparty selection allows a Participant to choose to interact with order flow sent by itself. The second form of counterparty selection allows a Participant to interact with directed order flow from another designated Participant or Participants. For any given order, a Participant can choose more than one form of counterparty selection. All Participants must indicate a request to interact with each other on their order flow for this to occur. If order flow is sent by one Participant with a designation to interact, but there is no available order flow from the other Participant, the order will remain open on the order book until there is eligible order flow to trade against in a Match Event or the order is cancelled by the Participant. These are the only forms of counterparty selection, and they are always at the full discretion of the Participant. AlphaX US will never make any counterparty selection decisions on behalf of a Participant. Even if a Participant designates who it wants to interact with, all trades in AlphaX US are still matched through the regular Match Event process and follow price/time priority, constrained by PP. For example, a Participant may choose to interact only with orders sent from three different directed counterparties. In order for any matches to occur, the contra-parties must also have orders that are available to interact with the other party. Even though this is being "directed" to specific counterparts, the matching would still take place in a scheduled Match Event and would be matched based on price/time priority. The selection of a counterparty (or in this case counterparties) is a PP that the Participant has placed on an order and would simply constrain who they would match against in the Match Event. The trades of the matched orders would price based on the AlphaX US pricing model of the midpoint of the buyer and seller book prices. Orders can only match between two counterparties when neither Participant has excluded the other from their executions through PP. AlphaX US will never make a decision to add PP for any Participant, and all PP decisions, including those around counterparty selection, are made solely by the Participants. AlphaX US will also never decline or modify PP from a Participant.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 14 |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| **[1.b] responsive to said generating, sending an operational information provider from the front-end unit to the back-end unit, wherein the operational information provider is sent as a query interface to describe the query to identify real-time operational data to be retrieved from the back-end unit and to specify a retrieval method for the back-end unit that includes data request and data response operations to be performed by the back-end unit;** | **AlphaX, responsive to said generating, sends an operational information provider from the front-end unit to the back-end unit, wherein the operational information provider is sent as a query interface to describe the query to identify real-time operational data to be retrieved from the back-end unit and to specify a retrieval method for the back-end unit that includes data request and data response operations to be performed by the back-end unit.**<br><br>For example, AlphaX, responsive to said generating (*see* [1.a]), sends an operational information provider from the front-end unit to the back-end unit, such as sending a query from the front-end unit to the back-end requesting a list of active orders or other market data. The operational information provider is sent as a query interface to describe the query to identify real-time operational data to be retrieved from the back-end unit, such as a query describing the order information or other market data to be retrieved. The operational information provider also functions to specify a retrieval method for the back-end unit that includes data request and data response operations to be performed by the back-end unit, such as the query identifying how to select and retrieve the order information or other market data from the back-end unit. |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | <br>TMX AlphaX US Homepage |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | <br>TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | <br>TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| |  TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | **AlphaX Hub**<br><br>TSX Alpha U.S., Inc. offers an optional interface through the internet called AlphaX Hub to its Participants. In this regard, AlphaX US considers the term "Participant" to be synonymous with "Subscriber". Participants, through their authorized users, may use AlphaX Hub to request Participant Parameters ("PP") (i.e., counterparty selection and minimum execution quantity, as described in Part II, Item 7.a). Within the AlphaX Hub, Participants can also choose the length of time they want PP to apply to their orders. Although authorized users of a Participant may use the AlphaX Hub to modify and/or request PP during the trading day, requested modifications will not take effect until at least the next trading day. Authorized users of the Participant will choose a date for PP updates to be implemented any time on or after the next trading day.<br><br>If a Participant chooses to use the AlphaX Hub, each authorized user of the Participant will receive password-protected access giving the authorized user access to the Participant's information. Once PP are selected, the PP are identified through a tag sent via Financial Information eXchange ("FIX") 4.2 or Binary ("BIN") protocol.<br><br>There is no fee associated with utilizing the AlphaX Hub, and there is no trading data or other information sent from the AlphaX Hub to a Participant's authorized users. The authorized users of a Participant will receive an email confirmation from AlphaX US when a request has been received via the AlphaX Hub.<br><br>AlphaX Hub contains no Confidential Trading Information, but is nevertheless supported by the Intercompany Services Agreement TSX Alpha U.S., Inc. has in place with TSX Inc. and a Software License Agreement with Montreal Exchange, Inc., both of which contain confidentiality provisions as described in Part II, Item 6. All Shared Employees (as defined in Part II, Item 6.a) with access to information in, or transmitted through, the AlphaX Hub are bound to the confidentiality provisions set out below in Part II, Item 7, a.<br><br>If a Participant would like to set up PP, but does not wish to access AlphaX Hub, AlphaX US can set and/or modify PP at the request of an authorized user of the Participant. The authorized users of a Participant will receive an email confirmation when a direct request has been received by the AlphaX US team. AlphaX US will never set PP on behalf of a Participant unless an authorized user of the Participant has requested the PP through the AlphaX Hub, or directly through the AlphaX US team.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 5<br><br>**Confidential Trading information**<br><br>"Confidential Trading Information" means (1) any real-time information regarding a Participant's orders, executions, and/or routing preferences; and (2) a Participant's post-trade order and execution metrics or statistics, and/or routing preferences.<br><br>Confidential Trading Information may be available in real-time (via the AlphaX US system directly) or post-trade (via other systems/tools or stored data) or both.<br><br>Pursuant to Affiliate Intercompany Services Agreements, Shared Employees are authorized to access real-time and post-trade Confidential Trading Information when it is necessary to support AlphaX US, including in the following instances:<br><br>1) Market operations;<br>2) Platform metrics and analytics;<br>3) Business and technological development and support;<br>4) System testing; and<br>5) Regulatory reviews, testing, investigations, surveillances, and reporting.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 7 |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | **Periodic Auctions**<br><br>Upon receipt, a firm order is placed in AlphaX US's order book and will be included in all Match Events for the life of the order, as long as the order is marketable at the time of the Match Event. The Match Events (i.e., auctions) in each security are automatic, and occur at scheduled times as determined by AlphaX US's matching algorithm throughout the day and are calibrated separately by each Match Event.<br>Each Match Event acts independently of each other. The description below sets out how AlphaX US determines the time between Match Events, and how AlphaX US calibrates this time for each Match Event.<br><br>Match Event Intervals and Match Event Process: AlphaX US randomizes the time between Match Events within a time range of a base of 10 milliseconds and a randomized increment up to 10% on either side ("Match Event Intervals"). There is no human intervention or discretion involved in the timing of these Match Event Intervals. Match Event Intervals are calibrated on a security-by-security basis. Each security enters its first Match Event upon the primary market opening and a quote and LULD bands being available in the security. The Match Event Interval (i.e., the duration of time until the next Match Event) is randomized to avoid a pattern that other Participants could detect. Once a Match Event concludes, the new Match Event Interval commences immediately.<br><br>There is no defined time for a Match Event; however, a Match Event will not exceed five microseconds. At the start of a Match Event, all marketable orders in the order book for a given security will be ranked, based on price/time priority. Once a Match Event begins, any new orders will be queued and will not be eligible to trade until the next Match Event. Prices are locked for the order book at the start of the Match Event. The matching engine identifies any imbalance in marketable order quantity on the order book at that time. Whichever side holds the lesser of an imbalance (i.e., the lower number of marketable shares on the order book) determines the matching order. If there is no imbalance (i.e., there is an equal number of marketable shares on both sides of the order book), AlphaX US will begin the matching process using the side of the order book that has time priority (i.e., whichever side of the order book that has the marketable order with the lowest order sequence number). Price, capped by NBBO to the second decimal point (with the exception of sub-dollar stocks, which are capped to the fourth decimal point), is the leading factor in priority of orders matched; however, this is constrained by any PP on the order that may limit availability on the other side.<br><br>As an example, if the match begins on the buy side and the order with the most aggressive price is identified, AlphaX US will move to the sell side. If the most aggressive price on the sell side is an order for 300 shares and the buy side order AlphaX US is matching has a minimum execution quantity of 500 shares, AlphaX US cannot match these orders, and will move to the next most aggressively priced order on the sell side. In the event of two orders with the same price and no eliminating factors due to PP, the time of order receipt, as denoted by the sequence number assigned to the order, is the tie breaker, and becomes the deciding factor. There may be multiple matches at the end of a Match Event, as the matching engine logic matches as many shares as possible, given price levels and PP. At the conclusion of a Match Event, all AOC orders that were not fully filled are canceled, and all Day orders (including conditional orders) that were not fully filled remain live in the AlphaX US order book for the next Match Event.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 11 |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | Trade Examples<br><br>1. Example of pricing methodology:<br>a. NBBO of ZVZZT is 153.74 at 153.85<br>b. Buy order in the order book at time of Match Event:<br>i. 100 Shares of ZVZZT at 153.79<br>c. Sell order in the order book at time of Match Event:<br>i. 100 Shares of ZVZZT at 153.77<br>d. The execution occurs at the midpoint of the buyer and seller limit prices, and 100 shares prints at 153.78.<br><br>2. Example 2 of pricing methodology:<br>a. NBBO of ZVZZT is 153.74 at 153.85<br>b. Buy order in the order book at time of Match Event:<br>i. 100 Shares of ZVZZT at 153.79<br>c. Sell order in the order book at time of Match Event:<br>i. 100 shares of ZVZZT at 153.70<br>d. Since the limit price of the sell order is outside the NBBO, we cap the limit of the sell order at the NBB of 153.74, and the Book Price for the sell order in the Match Event is 153.74<br>e. The execution occurs at the midpoint of the buyer and seller Book Prices, and 100 shares prints at 153.765.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 11<br><br>As noted in Part III, Item 11.b, AlphaX US provides an STP setting to its Participants. This setting is not enabled by default, but can be enabled upon request. The STP setting prevents the self-trading of orders from the same Participant.<br><br>Apart from the STP setting, Participants can implement two other forms of counterparty selection on an order-by-order basis. The first form of counterparty selection allows a Participant to choose to interact with order flow sent by itself. The second form of counterparty selection allows a Participant to interact with directed order flow from another designated Participant or Participants. For any given order, a Participant can choose more than one form of counterparty selection. All Participants must indicate a request to interact with each other on their order flow for this to occur. If order flow is sent by one Participant with a designation to interact, but there is no available order flow from the other Participant, the order will remain open on the order book until there is eligible order flow to trade against in a Match Event or the order is cancelled by the Participant. These are the only forms of counterparty selection, and they are always at the full discretion of the Participant. AlphaX US will never make any counterparty selection decisions on behalf of a Participant. Even if a Participant designates who it wants to interact with, all trades in AlphaX US are still matched through the regular Match Event process and follow price/time priority, constrained by PP. For example, a Participant may choose to interact only with orders sent from three different directed counterparties. In order for any matches to occur, the contra-parties must also have orders that are available to interact with the other party. Even though this is being "directed" to specific counterparts, the matching would still take place in a scheduled Match Event and would be matched based on price/time priority. The selection of a counterparty (or in this case counterparties) is a PP that the Participant has placed on an order and would simply constrain who they would match against in the Match Event. The trades of the matched orders would price based on the AlphaX US pricing model of the midpoint of the buyer and seller book prices. Orders can only match between two counterparties when neither Participant has excluded the other from their executions through PP. AlphaX US will never make a decision to add PP for any Participant, and all PP decisions, including those around counterparty selection, are made solely by the Participants. AlphaX US will also never decline or modify PP from a Participant.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 14 |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| **[1.c] responsive to receiving the data request and response operations at the back-end unit, executing at least one business operation at the back-end unit, wherein the at least one business operation performs analysis and data mining operations to generate the requested operational data; and** | **AlphaX, responsive to receiving the data request and response operations at the back-end unit, executes at least one business operation at the back-end unit, wherein the at least one business operation performs analysis and data mining operations to generate the requested operational data.**<br><br>For example, AlphaX, responsive to receiving the data request and response operations at the back-end unit, executes at least one business operation at the back-end unit, wherein the at least one business operation performs analysis and data mining operations to generate the requested operational data, such as performing analysis and data mining operations on AlphaX's database to generate a set of active orders or other market data in response to the user action.<br><br><br>TMX AlphaX US Homepage |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | <br>TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | <br>TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | AlphaX Hub<br><br>TSX Alpha U.S., Inc. offers an optional interface through the internet called AlphaX Hub to its Participants. In this regard, AlphaX US considers the term "Participant" to be synonymous with "Subscriber". Participants, through their authorized users, may use AlphaX Hub to request Participant Parameters ("PP") (i.e., counterparty selection and minimum execution quantity, as described in Part II, Item 7.a). Within the AlphaX Hub, Participants can also choose the length of time they want PP to apply to their orders. Although authorized users of a Participant may use the AlphaX Hub to modify and/or request PP during the trading day, requested modifications will not take effect until at least the next trading day. Authorized users of the Participant will choose a date for PP updates to be implemented any time on or after the next trading day.<br><br>If a Participant chooses to use the AlphaX Hub, each authorized user of the Participant will receive password-protected access giving the authorized user access to the Participant's information. Once PP are selected, the PP are identified through a tag sent via Financial Information eXchange ("FIX") 4.2 or Binary ("BIN") protocol.<br><br>There is no fee associated with utilizing the AlphaX Hub, and there is no trading data or other information sent from the AlphaX Hub to a Participant's authorized users. The authorized users of a Participant will receive an email confirmation from AlphaX US when a request has been received via the AlphaX Hub.<br><br>AlphaX Hub contains no Confidential Trading Information, but is nevertheless supported by the Intercompany Services Agreement TSX Alpha U.S., Inc. has in place with TSX Inc. and a Software License Agreement with Montreal Exchange, Inc., both of which contain confidentiality provisions as described in Part II, Item 6. All Shared Employees (as defined in Part II, Item 6.a) with access to information in, or transmitted through, the AlphaX Hub are bound to the confidentiality provisions set out below in Part II, Item 7, a.<br><br>If a Participant would like to set up PP, but does not wish to access AlphaX Hub, AlphaX US can set and/or modify PP at the request of an authorized user of the Participant. The authorized users of a Participant will receive an email confirmation when a direct request has been received by the AlphaX US team. AlphaX US will never set PP on behalf of a Participant unless an authorized user of the Participant has requested the PP through the AlphaX Hub, or directly through the AlphaX US team.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 5<br><br>Confidential Trading information<br><br>"Confidential Trading Information" means (1) any real-time information regarding a Participant's orders, executions, and/or routing preferences; and (2) a Participant's post-trade order and execution metrics or statistics, and/or routing preferences.<br><br>Confidential Trading Information may be available in real-time (via the AlphaX US system directly) or post-trade (via other systems/tools or stored data) or both.<br><br>Pursuant to Affiliate Intercompany Services Agreements, Shared Employees are authorized to access real-time and post-trade Confidential Trading Information when it is necessary to support AlphaX US, including in the following instances:<br><br>1) Market operations;<br>2) Platform metrics and analytics;<br>3) Business and technological development and support;<br>4) System testing; and<br>5) Regulatory reviews, testing, investigations, surveillances, and reporting.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 7 |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | **Periodic Auctions**<br><br>Upon receipt, a firm order is placed in AlphaX US's order book and will be included in all Match Events for the life of the order, as long as the order is marketable at the time of the Match Event. The Match Events (i.e., auctions) in each security are automatic, and occur at scheduled times as determined by AlphaX US's matching algorithm throughout the day and are calibrated separately by each Match Event.<br>Each Match Event acts independently of each other. The description below sets out how AlphaX US determines the time between Match Events, and how AlphaX US calibrates this time for each Match Event.<br><br>Match Event Intervals and Match Event Process: AlphaX US randomizes the time between Match Events within a time range of a base of 10 milliseconds and a randomized increment up to 10% on either side ("Match Event Intervals"). There is no human intervention or discretion involved in the timing of these Match Event Intervals. Match Event Intervals are calibrated on a security-by-security basis. Each security enters its first Match Event upon the primary market opening and a quote and LULD bands being available in the security. The Match Event Interval (i.e., the duration of time until the next Match Event) is randomized to avoid a pattern that other Participants could detect. Once a Match Event concludes, the new Match Event Interval commences immediately.<br><br>There is no defined time for a Match Event; however, a Match Event will not exceed five microseconds. At the start of a Match Event, all marketable orders in the order book for a given security will be ranked, based on price/time priority. Once a Match Event begins, any new orders will be queued and will not be eligible to trade until the next Match Event. Prices are locked for the order book at the start of the Match Event. The matching engine identifies any imbalance in marketable order quantity on the order book at that time. Whichever side holds the lesser of an imbalance (i.e., the lower number of marketable shares on the order book) determines the matching order. If there is no imbalance (i.e., there is an equal number of marketable shares on both sides of the order book), AlphaX US will begin the matching process using the side of the order book that has time priority (i.e., whichever side of the order book that has the marketable order with the lowest order sequence number). Price, capped by NBBO to the second decimal point (with the exception of sub-dollar stocks, which are capped to the fourth decimal point), is the leading factor in priority of orders matched; however, this is constrained by any PP on the order that may limit availability on the other side.<br><br>As an example, if the match begins on the buy side and the order with the most aggressive price is identified, AlphaX US will move to the sell side. If the most aggressive price on the sell side is an order for 300 shares and the buy side order AlphaX US is matching has a minimum execution quantity of 500 shares, AlphaX US cannot match these orders, and will move to the next most aggressively priced order on the sell side. In the event of two orders with the same price and no eliminating factors due to PP, the time of order receipt, as denoted by the sequence number assigned to the order, is the tie breaker, and becomes the deciding factor. There may be multiple matches at the end of a Match Event, as the matching engine logic matches as many shares as possible, given price levels and PP. At the conclusion of a Match Event, all AOC orders that were not fully filled are canceled, and all Day orders (including conditional orders) that were not fully filled remain live in the AlphaX US order book for the next Match Event.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 11 |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | Trade Examples<br><br>1. Example of pricing methodology:<br>a. NBBO of ZVZZT is 153.74 at 153.85<br>b. Buy order in the order book at time of Match Event:<br>i. 100 Shares of ZVZZT at 153.79<br>c. Sell order in the order book at time of Match Event:<br>i. 100 Shares of ZVZZT at 153.77<br>d. The execution occurs at the midpoint of the buyer and seller limit prices, and 100 shares prints at 153.78.<br><br>2. Example 2 of pricing methodology:<br>a. NBBO of ZVZZT is 153.74 at 153.85<br>b. Buy order in the order book at time of Match Event:<br>i. 100 Shares of ZVZZT at 153.79<br>c. Sell order in the order book at time of Match Event:<br>i. 100 shares of ZVZZT at 153.70<br>d. Since the limit price of the sell order is outside the NBBO, we cap the limit of the sell order at the NBB of 153.74, and the Book Price for the sell order in the Match Event is 153.74<br>e. The execution occurs at the midpoint of the buyer and seller Book Prices, and 100 shares prints at 153.765.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 11<br><br>As noted in Part III, Item 11.b, AlphaX US provides an STP setting to its Participants. This setting is not enabled by default, but can be enabled upon request. The STP setting prevents the self-trading of orders from the same Participant.<br><br>Apart from the STP setting, Participants can implement two other forms of counterparty selection on an order-by-order basis. The first form of counterparty selection allows a Participant to choose to interact with order flow sent by itself. The second form of counterparty selection allows a Participant to interact with directed order flow from another designated Participant or Participants. For any given order, a Participant can choose more than one form of counterparty selection. All Participants must indicate a request to interact with each other on their order flow for this to occur. If order flow is sent by one Participant with a designation to interact, but there is no available order flow from the other Participant, the order will remain open on the order book until there is eligible order flow to trade against in a Match Event or the order is cancelled by the Participant. These are the only forms of counterparty selection, and they are always at the full discretion of the Participant. AlphaX US will never make any counterparty selection decisions on behalf of a Participant. Even if a Participant designates who it wants to interact with, all trades in AlphaX US are still matched through the regular Match Event process and follow price/time priority, constrained by PP. For example, a Participant may choose to interact only with orders sent from three different directed counterparties. In order for any matches to occur, the contra-parties must also have orders that are available to interact with the other party. Even though this is being "directed" to specific counterparts, the matching would still take place in a scheduled Match Event and would be matched based on price/time priority. The selection of a counterparty (or in this case counterparties) is a PP that the Participant has placed on an order and would simply constrain who they would match against in the Match Event. The trades of the matched orders would price based on the AlphaX US pricing model of the midpoint of the buyer and seller book prices. Orders can only match between two counterparties when neither Participant has excluded the other from their executions through PP. AlphaX US will never make a decision to add PP for any Participant, and all PP decisions, including those around counterparty selection, are made solely by the Participants. AlphaX US will also never decline or modify PP from a Participant.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 14 |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| **[1.d] receiving at the front-end unit from the back-end unit the requested operational data, including the real-time operational data.** | **AlphaX receives at the front-end unit from the back-end unit the requested operational data, including the real-time operational data.**<br><br>For example, AlphaX receives at the front-end unit from the back-end unit the requested operational data, including the real-time operational data, such as the active orders or other market data.<br><br><br>TMX AlphaX US Homepage |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| |  TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | <br>TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| |  TMX AlphaX US FAQ |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | **AlphaX Hub**<br><br>TSX Alpha U.S., Inc. offers an optional interface through the internet called AlphaX Hub to its Participants. In this regard, AlphaX US considers the term "Participant" to be synonymous with "Subscriber". Participants, through their authorized users, may use AlphaX Hub to request Participant Parameters ("PP") (i.e., counterparty selection and minimum execution quantity, as described in Part II, Item 7.a). Within the AlphaX Hub, Participants can also choose the length of time they want PP to apply to their orders. Although authorized users of a Participant may use the AlphaX Hub to modify and/or request PP during the trading day, requested modifications will not take effect until at least the next trading day. Authorized users of the Participant will choose a date for PP updates to be implemented any time on or after the next trading day.<br><br>If a Participant chooses to use the AlphaX Hub, each authorized user of the Participant will receive password-protected access giving the authorized user access to the Participant's information. Once PP are selected, the PP are identified through a tag sent via Financial Information eXchange ("FIX") 4.2 or Binary ("BIN") protocol.<br><br>There is no fee associated with utilizing the AlphaX Hub, and there is no trading data or other information sent from the AlphaX Hub to a Participant's authorized users. The authorized users of a Participant will receive an email confirmation from AlphaX US when a request has been received via the AlphaX Hub.<br><br>AlphaX Hub contains no Confidential Trading Information, but is nevertheless supported by the Intercompany Services Agreement TSX Alpha U.S., Inc. has in place with TSX Inc. and a Software License Agreement with Montreal Exchange, Inc., both of which contain confidentiality provisions as described in Part II, Item 6. All Shared Employees (as defined in Part II, Item 6.a) with access to information in, or transmitted through, the AlphaX Hub are bound to the confidentiality provisions set out below in Part II, Item 7, a.<br><br>If a Participant would like to set up PP, but does not wish to access AlphaX Hub, AlphaX US can set and/or modify PP at the request of an authorized user of the Participant. The authorized users of a Participant will receive an email confirmation when a direct request has been received by the AlphaX US team. AlphaX US will never set PP on behalf of a Participant unless an authorized user of the Participant has requested the PP through the AlphaX Hub, or directly through the AlphaX US team.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 5<br><br>**Confidential Trading information**<br><br>"Confidential Trading Information" means (1) any real-time information regarding a Participant's orders, executions, and/or routing preferences; and (2) a Participant's post-trade order and execution metrics or statistics, and/or routing preferences.<br><br>Confidential Trading Information may be available in real-time (via the AlphaX US system directly) or post-trade (via other systems/tools or stored data) or both.<br><br>Pursuant to Affiliate Intercompany Services Agreements, Shared Employees are authorized to access real-time and post-trade Confidential Trading Information when it is necessary to support AlphaX US, including in the following instances:<br><br>1) Market operations;<br>2) Platform metrics and analytics;<br>3) Business and technological development and support;<br>4) System testing; and<br>5) Regulatory reviews, testing, investigations, surveillances, and reporting.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 7 |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | **Periodic Auctions**<br><br>Upon receipt, a firm order is placed in AlphaX US's order book and will be included in all Match Events for the life of the order, as long as the order is marketable at the time of the Match Event. The Match Events (i.e., auctions) in each security are automatic, and occur at scheduled times as determined by AlphaX US's matching algorithm throughout the day and are calibrated separately by each Match Event.<br>Each Match Event acts independently of each other. The description below sets out how AlphaX US determines the time between Match Events, and how AlphaX US calibrates this time for each Match Event.<br><br>Match Event Intervals and Match Event Process: AlphaX US randomizes the time between Match Events within a time range of a base of 10 milliseconds and a randomized increment up to 10% on either side ("Match Event Intervals"). There is no human intervention or discretion involved in the timing of these Match Event Intervals. Match Event Intervals are calibrated on a security-by-security basis. Each security enters its first Match Event upon the primary market opening and a quote and LULD bands being available in the security. The Match Event Interval (i.e., the duration of time until the next Match Event) is randomized to avoid a pattern that other Participants could detect. Once a Match Event concludes, the new Match Event Interval commences immediately.<br><br>There is no defined time for a Match Event; however, a Match Event will not exceed five microseconds. At the start of a Match Event, all marketable orders in the order book for a given security will be ranked, based on price/time priority. Once a Match Event begins, any new orders will be queued and will not be eligible to trade until the next Match Event. Prices are locked for the order book at the start of the Match Event. The matching engine identifies any imbalance in marketable order quantity on the order book at that time. Whichever side holds the lesser of an imbalance (i.e., the lower number of marketable shares on the order book) determines the matching order. If there is no imbalance (i.e., there is an equal number of marketable shares on both sides of the order book), AlphaX US will begin the matching process using the side of the order book that has time priority (i.e., whichever side of the order book that has the marketable order with the lowest order sequence number). Price, capped by NBBO to the second decimal point (with the exception of sub-dollar stocks, which are capped to the fourth decimal point), is the leading factor in priority of orders matched; however, this is constrained by any PP on the order that may limit availability on the other side.<br><br>As an example, if the match begins on the buy side and the order with the most aggressive price is identified, AlphaX US will move to the sell side. If the most aggressive price on the sell side is an order for 300 shares and the buy side order AlphaX US is matching has a minimum execution quantity of 500 shares, AlphaX US cannot match these orders, and will move to the next most aggressively priced order on the sell side. In the event of two orders with the same price and no eliminating factors due to PP, the time of order receipt, as denoted by the sequence number assigned to the order, is the tie breaker, and becomes the deciding factor. There may be multiple matches at the end of a Match Event, as the matching engine logic matches as many shares as possible, given price levels and PP. At the conclusion of a Match Event, all AOC orders that were not fully filled are canceled, and all Day orders (including conditional orders) that were not fully filled remain live in the AlphaX US order book for the next Match Event.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 11 |

| '035 Patent Claims | Example Evidence of Use by AlphaX |
|---|---|
| | Trade Examples<br><br>1. Example of pricing methodology:<br>a. NBBO of ZVZZT is 153.74 at 153.85<br>b. Buy order in the order book at time of Match Event:<br>i. 100 Shares of ZVZZT at 153.79<br>c. Sell order in the order book at time of Match Event:<br>i. 100 Shares of ZVZZT at 153.77<br>d. The execution occurs at the midpoint of the buyer and seller limit prices, and 100 shares prints at 153.78.<br><br>2. Example 2 of pricing methodology:<br>a. NBBO of ZVZZT is 153.74 at 153.85<br>b. Buy order in the order book at time of Match Event:<br>i. 100 Shares of ZVZZT at 153.79<br>c. Sell order in the order book at time of Match Event:<br>i. 100 shares of ZVZZT at 153.70<br>d. Since the limit price of the sell order is outside the NBBO, we cap the limit of the sell order at the NBB of 153.74, and the Book Price for the sell order in the Match Event is 153.74<br>e. The execution occurs at the midpoint of the buyer and seller Book Prices, and 100 shares prints at 153.765.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 11<br><br>As noted in Part III, Item 11.b, AlphaX US provides an STP setting to its Participants. This setting is not enabled by default, but can be enabled upon request. The STP setting prevents the self-trading of orders from the same Participant.<br><br>Apart from the STP setting, Participants can implement two other forms of counterparty selection on an order-by-order basis. The first form of counterparty selection allows a Participant to choose to interact with order flow sent by itself. The second form of counterparty selection allows a Participant to interact with directed order flow from another designated Participant or Participants. For any given order, a Participant can choose more than one form of counterparty selection. All Participants must indicate a request to interact with each other on their order flow for this to occur. If order flow is sent by one Participant with a designation to interact, but there is no available order flow from the other Participant, the order will remain open on the order book until there is eligible order flow to trade against in a Match Event or the order is cancelled by the Participant. These are the only forms of counterparty selection, and they are always at the full discretion of the Participant. AlphaX US will never make any counterparty selection decisions on behalf of a Participant. Even if a Participant designates who it wants to interact with, all trades in AlphaX US are still matched through the regular Match Event process and follow price/time priority, constrained by PP. For example, a Participant may choose to interact only with orders sent from three different directed counterparties. In order for any matches to occur, the contra-parties must also have orders that are available to interact with the other party. Even though this is being "directed" to specific counterparts, the matching would still take place in a scheduled Match Event and would be matched based on price/time priority. The selection of a counterparty (or in this case counterparties) is a PP that the Participant has placed on an order and would simply constrain who they would match against in the Match Event. The trades of the matched orders would price based on the AlphaX US pricing model of the midpoint of the buyer and seller book prices. Orders can only match between two counterparties when neither Participant has excluded the other from their executions through PP. AlphaX US will never make a decision to add PP for any Participant, and all PP decisions, including those around counterparty selection, are made solely by the Participants. AlphaX US will also never decline or modify PP from a Participant.<br><br>AlphaX Form ATS-N/UA filed Jan. 15, 2025, Item 14 |